Receipt Number

S6807 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. LEWIS,

    Plaintiff,

-vs-

FORMER CA NO.: 07-733202-NO

CHRISTOPHER CASSETTE, BRIAN KLONOWSKI, W. CAMPBELL, and CITY OF SOUTHGATE, jointly and severally,

    Defendants.
_____/

Case: 5:08-cv-10818
Judge: O'Meara, John Corbett
Referral MJ: Morgan, Virginia M
Filed: 02-28-2008 At 12:18 PM
REM LEWIS V. CITY OF SOUTHGATE ET AL (DA)

Amos E. Williams P39118
Thomas E. Kuhn P37924
Attorneys for Plaintiff
615 Griswold, Ste. 115
Detroit, MI 48226
(313) 963-5222

JOHNSON, ROSATI, LaBARGE,
ASELTYNE & FIELD, P.C.
By:   Margaret T. Debler  P43905
Attorney for Defendants
34405 W. 12 Mile Rd., Ste. 200
Farmington Hills, MI 48331-5627
(248) 489-4100
_____/

## NOTICE OF REMOVAL

TO:    The Honorable Judge of the United States
District Court for the Eastern District
of Michigan, Southern Division

Defendants, CHRISTOPHER CASSETTE, BRIAN KLONOWSKI, WILLIAM CAMPBELL, AND THE CITY OF SOUTHGATE, by their attorneys, JOHNSON, ROSATI, LaBARGE, ASELTYNE & FIELD, P.C., respectfully show this Court:

1. That on December 18, 2007, the above-entitled action was started against these Defendants in Wayne County Circuit Court, Civil Action Number 07-733202-NO, and is now pending there.

2. That on January 29, 2007, these Defendants were served with a Summons and Complaint.

3. That the above-entitled action is a civil action wherein Plaintiff is claiming that the negligent or intentional acts of these Defendants were committed under color of law and that those acts, in violation of 42 USC 1983, deprived the Plaintiff of his rights, privileges and immunities guaranteed to a citizen of the United States and deprived Plaintiff of rights guaranteed by various amendments to the Constitution of the United States, as more fully set forth in the attached Complaint.

4. That this Court has original jurisdiction of the above-entitled cause pursuant to 28 USC 1331 and that the action may therefore be removed to this Court pursuant to 28 USC 1441, et seq.

5. That copies of the Summons and Complaint served on these Defendants in the above-entitled action are filed herewith.

6. That this Notice is filed with this Court within thirty days after service on these Defendants of the Summons and Complaint in the above-entitled action.

JOHNSON, ROSATI, LaBARGE,
ASELTYNE & FIELD, P.C.

BY: *Margaret T. Debler*
Margaret T. Debler  P43905
Attorney for Defendants
34405 W. 12 Mile Rd., Ste. 200
Farmington Hills, MI  48331-5627
(248) 489-4100

DATED: February 28, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. LEWIS,

       Plaintiff,

-vs-

FORMER CA NO.: 07-733202-NO

CHRISTOPHER CASSETTE, BRIAN
KLONOWSKI, W. CAMPBELL, and CITY OF
SOUTHGATE, jointly and severally,

       Defendants.
_____ /

Case: 5:08-cv-10818
Judge: O'Meara, John Corbett
Referral MJ: Morgan, Virginia M
Filed: 02-28-2008 At 12:18 PM
REM LEWIS V CITY OF SOUTHGATE ET A
L (DA)

Amos E. Williams P39118
Thomas E. Kuhn  P37924
Attorneys for Plaintiff
615 Griswold, Ste. 115
Detroit, MI  48226
(313) 963-5222

JOHNSON, ROSATI, LaBARGE,
ASELTYNE & FIELD, P.C.
By:   Margaret T. Debler  P43905
Attorney for Defendants
34405 W. 12 Mile Rd., Ste. 200
Farmington Hills, MI  48331-5627
(248) 489-4100
_____ /

## PROOF OF SERVICE

Paula Rosenthal, being duly sworn, deposes and says that on the the _28th_ day of _February_, 2008, she served a copy of:

**NOTICE OF REMOVAL**

On:  Amos E. Williams
     615 Griswold, Ste. 115
     Detroit, MI  48226

by placing a copy of said documents in an envelope addressed to said addressee(s) and placing same in the U.S. Mails with proper postage affixed theron.

_____
Paula Rosenthal

| STATE OF MICHIGAN THIRD CIRCUIT COURT | | CASE NO. |
|---|---|---|
|  | **SUMMONS AND RETURN OF SERVICE** | |
| COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226 | | COURT TELEPHONE NO. (313) 224-2430 |

THIS CASE ASSIGNED TO JUDGE: WARFIELD MOORE                    Bar Number: 17939

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| LEWIS, DAVID J     PL 01 | vs   SOUTHGATE CITY OF | DF 005 |

PLAINTIFF'S ATTORNEY
AMOS E. WILLIAMS
(P-39118)
615 GRISWOLD ST STE 1115
DETROIT, MI  48226-3995
313-963-9222

| CASE FILING FEE | | JURY FEE | |
|---|---|---|---|
| ISSUED: /07 | THIS SUMMONS EXPIRES: | DEPUTY COUNTY CLERK STERLING HARRISON | |

*This summons is invalid unless served on or before its expiration date.     Cathy M. Garrett — Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

The action  ☐ remains  ☐ is no longer  pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date _____        Signature of attorney/plaintiff _____

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

FORM NO. WC101
REV. (3-99)  MC 01 (10/97)   **SUMMONS AND RETURN OF SERVICE**   MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)
RETURN COPY-FILE IN ROOM 201 C.C.B.

| STATE OF MICHIGAN<br>THIRD CIRCUIT COURT  | SUMMONS AND<br>RETURN OF SERVICE | CASE NO. |
|---|---|---|

**COURT ADDRESS:** 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226    **COURT TELEPHONE NO.** (313) 224-2430

**THIS CASE ASSIGNED TO JUDGE:** WARFIELD MOORE    Bar Number: 12930

**PLAINTIFF**    LEWIS DAVID J    PL 01    VS    **DEFENDANT** CASSETTE CHRISTOPHER    DF 002

**PLAINTIFF'S ATTORNEY**
AMOS E. WILLIAMS
(P-37118)
615 GRISWOLD ST STE 1115
DETROIT, MI 48226-3998
313-963-0822

| CASE FILING FEE<br>PAID | JURY FEE<br>PAID |
|---|---|
| ISSUED<br>12/18/07 | THIS SUMMONS EXPIRES<br>03/18/08 | DEPUTY COUNTY CLERK<br>STERLING HARRISON |

*This summons is invalid unless served on or before its expiration date.    Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☒ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
|  |  |  |

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date: _____    Signature of attorney/plaintiff

☐ COMPLAINT IS STATED ON ATTACHED PAGES, EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.

FORM NO. WC101 REV. (8-96)    MC 01 (10/87)    **SUMMONS AND RETURN OF SERVICE**    MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)

STATE OF MICHIGAN
THIRD CIRCUIT COURT



# SUMMONS AND RETURN OF SERVICE

CASE NO.

COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226

COURT TELEPHONE NO. (313) 224-2430

THIS CASE ASSIGNED TO JUDGE: WARFIELD MOORE

Bar Number: 17938

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| LEWIS DAVID J | PL 01 VS KLONOWSKI BRIAN | DF 003 |

**PLAINTIFF'S ATTORNEY**
AMOS E. WILLIAMS
(P-39118)
615 GRISWOLD ST STE 1115
DETROIT, MI 48226-3998
313-963-9222

| CASE FILING FEE | JURY FEE |
|---|---|
| PAID | PAID |

| ISSUED | THIS SUMMONS EXPIRES | DEPUTY COUNTY CLERK |
|---|---|---|
| 10/18/07 | 03/18/08 | STERLING HARRISON |

*This summons is invalid unless served on or before its expiration date.    Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☒ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

The action  ☐ remains  ☐ is no longer  pending.
I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date _____     Signature of attorney/plaintiff _____

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

FORM NO. WC101
REV. (3-98)   MC 01 (10/97)   **SUMMONS AND RETURN OF SERVICE**   MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 2.206

STATE OF MICHIGAN
...D CIRCUIT COURT

| | SUMMONS AND RETURN OF SERVICE | CASE NO. |
|---|---|---|



COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226
COURT TELEPHONE NO. (313) 224-2430

THIS CASE ASSIGNED TO JUDGE: WARFIELD MOORE
Bar Number: 17938

**PLAINTIFF**
EWIS DAVID J           PL 01  VS  CAMPBELL W    **DEFENDANT**     DF 004

PLAINTIFF'S ATTORNEY
AMOS E. WILLIAMS
(P-39118)
615 GRISWOLD ST STE 1115
DETROIT, MI 48226-3998
313-963-5222

| CASE FILING FEE PAID | JURY FEE PAID |
|---|---|
| ISSUED 12/18/07 | THIS SUMMONS EXPIRES 03/18/08 | DEPUTY COUNTY CLERK STERLING HARRISON |

*This summons is invalid unless served on or before its expiration date.    Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date _____  Signature of attorney/plaintiff

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

FORM NO. MC101
REV. (9-98)   MC 01 (10/97)   **SUMMONS AND RETURN OF SERVICE**   MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)
PLAINTIFF


JURY FEE PAID
DEC 18 2007

## STATE OF MICHIGAN

## IN THE WAYNE COUNTY CIRCUIT COURT

DAVID J. LEWIS,

    Plaintiff,

v.

CHRISTOPHER CASSETTE, BRIAN
KLONOWSKI, W. CAMPBELL, and
CITY OF SOUTHGATE, jointly and
severally,

    Defendants.

07-733202 NO 12/18/2007
JDG:WARFIELD MOORE
LEWIS DAVID J
    VS
CASSETTE CHRISTOPHER

---

AMOS E. WILLIAMS (P39118)
THOMAS E. KUHN (P37924)
**AMOS E. WILLIAMS, P.C.**
615 Griswold, Suite 1115
Detroit, Michigan 48226
(313) 963-5222

---

## COMPLAINT and JURY DEMAND

There is no other resolved or pending action arising out of the transaction or occurrence alleged in the complaint

*/s/ Amos E. Williams*
Amos E. Williams (P39118)

**NOW COMES** the Plaintiff through his attorneys and for his complaint against the Defendants say:

1.     The Plaintiff is a resident of Wyandotte, Michigan.

2.     The Defendant CITY OF SOUTHGATE is a municipal corporation located in Wayne County, Michigan and operating pursuant to and subject to the laws of the State of Michigan and the Michigan Constitution.

3. The Defendant officers were on duty police officers of the City of Southgate Police Department.

4. The events giving rise to this complaint occurred on and after December 30, 2005, in the City of Southgate, County of Wayne, State of Michigan.

5. The Plaintiff seeks damages in excess of Twenty-five Thousand Dollars ($25,000).

**ALLEGATIONS OF FACT**

6. On December 30, 2005, the Plaintiff was waiting to be picked up by his friend at a bar in the area of Toledo-Dix Road and Eureka Road in Southgate.

7. When the Plaintiff stepped outside the bar to make a phone call on his cell phone, he observed Defendant CASSETTE sitting in his squad car in the bar parking lot.

8. Plaintiff made his phone call and returned to the bar having been unable to reach his party.

9. Approximately forty-five (45) minutes later, the Plaintiff left the bar to go home and observed Defendant CASSETTE and another Defendant Officer still sitting in the parking lot.

10. Plaintiff declined a ride home from friends because he did not want Defendant CASSETTE stopping anyone because Plaintiff was in the car.

11. Plaintiff walked across Dix Road to get away from the immediate area and avoid the harassment that he felt sure would be forth coming if he stayed.

12. The Plaintiff was not intoxicated.

13. The Plaintiff did not urinate on any cars or bushes or anything else.

14. When the Plaintiff left the parking lot, he walked across the street (Dix Road) and did not stop in the middle of the street and shout obscenities or curse at the Defendants or anyone else.

15. After crossing the street, Plaintiff heard a car squealing into the restaurant parking lot behind him and he ran.

16. Plaintiff was subsequently arrested and handcuffed.

17. After being handcuffed, the Plaintiff was kneed several times.

18. While handcuffed and on the ground the Plaintiff was tased.

19. After the Plaintiff was placed into a squad car he was struck several times by Defendant CAMPBELL.

20. Plaintiff was arrested and charged based upon deliberately fabricated evidence by the Defendants.

21. As a direct and proximate result of the Defendants' actions, the Plaintiff suffered injuries and damages including but not limited to:

    a. Physical pain and suffering,
    b. Humiliation, anxiety and emotional harm,
    c. Unlawful incarceration,
    d. Legal expenses,
    e. Medical expenses, and
    f. Loss of income.

## COUNT I
## FALSE ARREST

22. Plaintiff re-alleges all prior paragraphs.

23. Plaintiff was arrested without warrant or probable cause based upon deliberately fabricated evidence.

24. The conduct of the Defendants was intentional and deliberate.

25. As a direct and proximate result of the Defendants conduct, the Plaintiff suffered injuries and damages as set forth in paragraph 21.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for whatever amount, in excess of Twenty-five Thousand Dollars ($25,000), that a jury shall determine together with interest, costs, attorney fees and exemplary damages.

## COUNT II
## ASSAULT AND BATTERY

26. Plaintiff re-alleges all prior paragraphs.

27. Plaintiff was unlawfully arrested by the individual Defendants without warrant or probable cause based upon deliberately fabricated evidence.

28. During the course of that arrest the Defendant officers used greater force than was necessary to effect the unlawful arrest.

29. The actions of the Defendants in kicking, kneeing, punching, and tasering the Plaintiff was not consented to by Plaintiff, was not justified in law and was not incident to a lawful arrest.

28. The conduct of the Defendants was intentional and deliberate.

29. The conduct of the Defendants created in the Plaintiff a fear and apprehension of a harmful or offensive bodily contact.

30. As a direct and proximate result of the Defendants conduct, the plaintiff suffered injuries and damages as set forth in paragraph 21.

4

**WHEREFORE**, Plaintiff demands judgment against the Defendants for whatever amount, in excess of Twenty-five Thousand Dollars ($25,000), that a jury shall determine together with interest, costs, attorney fees and exemplary damages.

## COUNT III
## VIOLATION OF 42 USC §1983

31. Plaintiff re-alleges all prior paragraphs.

32. Defendant officers were on duty police officers acting under color of law.

33. The conduct of the Defendant Officers violated the Plaintiff's clearly established rights under the 1st and 4th Amendments to the United States Constitution including but not limited to the following:

    a. The right to be free from excessive force during the course of an arrest;

    b. The right not to be arrested without probable cause;

    c. The right not to be incarcerated or prosecuted based upon fabricated evidence and without probable cause.

    d. The right to criticize police officers without suffering retaliation.

    e. The right to speak freely without suffering retaliation.

34. The Defendant CITY is a municipal corporation which is subject to suit as a person for purposes of 42 USC §1983.

35. The Defendant CITY is liable for its customs, policies and practices which are deliberately indifferent to the rights of citizens and which directly resulted in the injury to the plaintiff.

36. The Defendant CITY'S customs, policies and practices in this case include but are not limited to:

5

    a. Failure to supervise and discipline its officers to prevent unlawful injury to citizens;

    b. Failure to train its officers to refrain from violating the privileges and immunities of citizens;

    c. Negligent hiring and/or retention of officers known to act unlawfully;

    d. Conducting sham investigations that shield its officers from scrutiny and liability for unlawful conduct;

    e. Toleration of the Blue Curtain or Code of Silence that effectively promotes the perpetuation of unlawful conduct.

37. As a direct and proximate result of the Defendants' conduct, the Plaintiff suffered injuries and damages as set forth in paragraph 21.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for whatever amount, in excess of Twenty-five Thousand Dollars ($25,000), that a jury shall determine together with interest, costs, attorney fees, remedies available under 42 USC §1988 and punitive damages.

## JURY DEMAND

The Plaintiff demands trial of his cause by jury.

                                              Amos E. Williams (P39118)
                                              Attorney for Plaintiff
                                              615 Griswold, Suite 1115
                                              Detroit, Michigan 48226-3998
                                              (313) 963-5222

Dated: December 18, 2007

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
David J. Lewis

**DEFENDANTS**
City of Southgate, Brian Klonowski, Christopher Cassette, William Campbell

**(b) County Of Residence Of First Listed Plaintiff** Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

County Of Residence Of First Listed Defendant  Wayne
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c) Attorney's (Firm Name, Address And Telephone Number)**
Amos E. Williams
615 Griswold, Ste. 115,
Detroit, MI 48226
(313) 963-5222

Attorneys (If Known)
Margaret T. Debler
34405 W. 12 Mile Rd., Ste. 200
Farmington Hills, MI 48331-5627
(248) 489-4100

**II. BASIS OF JURISDICTION**
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

Case: 5:08-cv-10818
Judge: O'Meara, John Corbett
Referral MJ: Morgan, Virginia M
Filed: 02-28-2008 At 12:18 PM
REM LEWIS V. CITY OF SOUTHGATE ET AL (DA)

**IV. NATURE OF SUIT** (Place An "X" In One Box Only)

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

TORTS - PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

TORTS - PERSONAL INJURY
☐ 362 Personal Injury—Med. Malpractice
☐ 365 Personal Injury—Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Equipment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☒ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
    Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**V. ORIGIN** (Place An "X" In One Box Only)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite The US Civil Statute under which you are filing (Do Not Cite Jurisdictional Statues Unless Diversity):
Brief description of cause:
Violation of Civil Rights pursuant to 42 USC 1983

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instructions)
N/A
JUDGE _____   DOCKET NUMBER _____

DATE: 2/28/08
SIGNATURE OF ATTORNEY OF RECORD: Margaret T. Debler

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

...UANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :