UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. LEWIS.,

    Plaintiff,                                        Case No. 08-10818

v.                                                   Honorable John Corbett O'Meara

CHRISTOPHER CASSETTE, BRIAN
KLONOWSKI, W. CAMPBELL, and CITY OF
SOUTHGATE, jointly and severally,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE PENDING OUTCOME OF PLAINTIFF'S CRIMINAL MATTER

This matter came before the court on Defendants' March 19, 2008 motion for stay. Plaintiff David Lewis does not oppose the motion. However, in his April 7, 2008 response, Lewis makes it clear that he does not agree with the Defendants' views regarding the effect of state proceedings in Plaintiff's criminal case on the constitutional claims that Plaintiff has presented to this court.

It is possible that Lewis's currently pending criminal case in state court could affect the claims he has presented to this court. Rather than dismiss Lewis's federal case, the court will stay these proceedings until the resolution of Lewis's criminal case. Leatherworks Partnership, et al. v. Boccia, 246 Fed. Appx. 311, 315-16 (6th Cir. 2007).

### ORDER

It is hereby **ORDERED** that Defendants' March 19, 2008 motion for stay is **GRANTED.**

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: April 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 24, 2008, by electronic and/or ordinary mail.

                                                            s/William Barkholz
                                                            Case Manager